# ATTACHMENT F

### SUPPLEMENT AND AMENDMENT TO UNDERTAKING OF PATRICK JUNEAU IN FURTHERANCE OF COURT ORDER APPOINTING HIM CLAIMS ADMINISTRATOR

This Supplement and Amendment (this "Amendment") to the Undertaking of Patrick Juneau in Furtherance of Court Order Appointing Him Claims Administrator (the "Undertaking") is made and entered into by and among BP Exploration and Production, Inc. ("BP"); Patrick Juneau ("Juneau"), as Claims Administrator of the Court Supervised Claims Program, and as Trustee of the *Deepwater Horizon* Economic and Property Damages Trust (the "Settlement Trust"); and, for the purpose of taking cognizance of and approving the terms of this Amendment as provided in paragraph II below, the Lead Class Counsel (formerly the "Interim Class Counsel" as identified in the Undertaking ("Lead Class Counsel"), as of the 4th day of May, 2012 (the "Amendment Effective Date"). All of the parties identified above and appearing herein are identified collectively as the "Parties". Any terms not defined in this Amendment shall have the meanings ascribed to them in the Undertaking.

### RECITALS:

A. The Undertaking was made and entered into by and among Juneau, BP and Interim Class Counsel (now Lead Class Counsel) Counsel as of April 9, 2012.

B. Juneau's authorization to act as Claims Administrator has been confirmed and recognized in further orders of the Court.

C. The Settlement Trust has been established as of May 4, 2012, Juneau has been named as Trustee, and the creation and establishment of the Settlement Trust has been approved by orders of the Court.

D. The "Agreement in Principle" (as identified in the Undertaking) has been superseded by the "*Deepwater Horizon* Economic and Property Damages Settlement Agreement (the "Settlement Agreement") dated as of April 18, 2012, which has been preliminarily approved by the Court.

E. In addition to the compensation provided for Juneau as Claims Administrator in the Undertaking, it has been agreed and determined by the Parties that Juneau shall be entitled to receive additional compensation in the amount of $100,000.00 per year ($8,333.33 per month) to serve as Trustee of the Settlement Trust.

F. Accordingly, the Parties desire to and do hereby enter into this Amendment in order to bring the status of the Undertaking current with the developments which have occurred after its date.

{00171227-2}

**SUPPLEMENT AND AMENDMENT TO UNDERTAKING**:

NOW THEREFORE, in consideration of the recitals and undertakings contained herein, the Parties agree as follows:

I. The Undertaking be and is hereby supplemented and amended as of the Amendment Effective Date in the following respects:

1. By replacing the word "Undertaking" with the word "Agreement" wherever it appears.

2. By amending Paragraph 1, Claims Administrator Services, to: (i) add the words "and further orders of the Court" after the words "Transition Order (and any amendments or modifications thereof)" in the third line; and (ii) replace, wherever they appear, the words "final settlement agreement among the parties, should such agreement be finalized and filed and approved by the Court" (or any variation thereof), with the words "the Settlement Agreement".

3. By adding a new Paragraph 2, to provide as follows: "2. Trustee Services. Juneau has agreed and agrees to undertake the role and responsibilities of Trustee under the Settlement Trust, as set forth in: (a) the instrument establishing the Settlement Trust; (b) the Settlement Agreement; and (c) as otherwise ordered by the Court. Juneau further agrees that he will comply with all legal and ethical obligations related to his role as Trustee."

4. By amending original Paragraph 2, Compensation, to: (i) redesignate the same (and any subparagraphs) as Paragraph 3; (ii) insert the words "by the Settlement Trust", after the words "shall be compensated" on the first line of subparagraph (a) and again after the words "shall be reimbursed" on the second line of subparagraph (c); and (iii) add a new subparagraph (e) to provide as follows: "(e) In addition to the Compensation, Juneau shall be entitled to receive from the Settlement Trust the sum of $100,000 per year ($8,333.33 per month) to compensate him for his services as Trustee of the Settlement Trust (the "Trustee Compensation"). The payment by the Settlement Trust of the Trustee Compensation shall be paid and shall be subject to the same of the terms and conditions as the Compensation, in accordance with subparagraphs 3(a)-(c) above and redesignated Paragraph 4 below."

5. By amending original Paragraph 3, Funding Mechanism for Payment of Compensation and Expenses, to: (i) redesignate the same (and any subparagraphs) as Paragraph 4; (ii) insert the words "by the Settlement Trust", after the words "shall be paid", on the first line of subparagraph (a); and (ii) insert the words "to the Settlement Trust", after the words "shall submit", on the first line of subparagraph (b).

6. By amending original Paragraph 4, Indemnification, to: (i) redesignate the same (and any subparagraphs) as Paragraph 5; (ii) insert the following: "Juneau as Trustee of the Settlement Trust and employees of Juneau David, APLC will be indemnified as

{00171227-2}

set forth in Section 3.6 of the Settlement Trust Agreement dated as of May 4, 2012. In the event that the Settlement Trust does not fully defend and/or indemnify Juneau and/or employees of Juneau David, APLC to the full extent of the obligations as set out in such Section 3.6, BP shall indemnify, defend and hold Juneau and any employees of Juneau David, APLC who provide services in support of Juneau as Trustee of the Settlement Trust (collectively, "Indemnitees") harmless, to the full extent lawful, from and against any losses, liabilities, expenses, claims, suits, investigations or proceedings related to or arising out of the appointment of Juneau as Trustee of the Settlement Trust, or any services performed by the Indemnitees pursuant to the Settlement Trust Agreement dated as of May 4, 2012 (collectively, "Trust-Related Losses"), including but not limited to Trust-Related Losses resulting from Indemnitees' gross negligence, except that the Indemnitees will not be indemnified or held harmless with respect to any Trust-Related Losses that are finally judicially determined to have resulted solely from the Indemnitees' intentional or willful misconduct, including fraud. In addition," after the heading "Indemnification" on the first line of the original Paragraph 4.

7. By amending original Paragraph 5, Term and Termination, to: (i) redesignate the same (and any subparagraphs) as Paragraph 6; and (ii) replace the date "March 8, 2012" with the words "the Amendment Effective Date".

8. By amending original Paragraph 6, Notices, to (i) redesignate the same (and any subparagraphs) as Paragraph 7, and (ii) change Juneau's notice address to:

    "if to Juneau:

    Mr. Patrick Juneau
    Juneau David, APLC
    1018 Harding Street
    Suite 202
    Lafayette, LA 70503
    Telephone: (337) 269-0052
    Fax:          (337) 269-0061
    Email: mjj@juneaudavid.com

9. By amending original Paragraph 7 to redesignate the same as Paragraph 8.

10. By amending Paragraph 8, Miscellaneous, to redesignate the same (and any subparagraphs) as Paragraph 9.

II. Lead Class Counsel has reviewed this Amendment, takes cognizance of its terms and consents hereto.

III. As supplemented and amended hereby, the Undertaking remains and shall remain in full force and effect in accordance with its terms.

{00171227-2}

IN WITNESS WHEREOF, the Parties have executed this Amendment as of the Effective Date.

**BP Exploration & Production, Inc.**

By: _____

Its: _____

*Patrick Juneau,*
Claims Administrator of the
Court Supervised Claims Program,

and

Trustee of the *Deepwater Horizon* Economic and Property Damages Trust (the "Settlement Trust")

**Lead Class Counsel**

_____
James P. Roy

_____
Stephen J. Herman

{00171227-2}

IN WITNESS WHEREOF, the Parties have executed this Amendment as of the Effective Date.

**BP Exploration & Production, Inc.**

By: _____

Its: _____

Patrick Juneau,
Claims Administrator of the
Court Supervised Claims Program,

and

Trustee of the *Deepwater Horizon* Economic and Property Damages Trust (the "Settlement Trust")

Lead Class Counsel

James P. Roy

Stephen J. Herman

{00171227-2}

IN WITNESS WHEREOF, the Parties have executed this Amendment as of the Effective Date.

**BP Exploration & Production, Inc.**

By: _____

Its: VP Claims

_____
Patrick Juneau,
Claims Administrator of the
Court Supervised Claims Program,

and

_____
Trustee of the *Deepwater Horizon* Economic and Property Damages Trust (the "Settlement Trust")

**Lead Class Counsel**

_____
James P. Roy

_____
Stephen J. Herman

{00171227-2}