UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG          MDL 10-2179
DEEPWATER HORIZON IN THE GULF
OF MEXICO ON APRIL 20, 2010              SECTION J (1)

                                        JUDGE BARBIER
                                        MAG. JUDGE SHUSHAN
---------------------------------------------------------------------------------------------------------------
                                        THIS PERTAINS TO:
BP EXPLORATION & PRODUCTION INC. ET AL   C.A. 13-492
V. DEEPWATER HORIZON COURT SUPERVISED
SETTLEMENT PROGRAM ET AL

J U D G M E N T

Considering the court's reasons, orally stated on the record, on April 5, 2013,

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of

defendants, Deepwater Horizon Court Supervised Settlement Program and Patrick A

Juneau—in his official capacity as Claims Administrator administering the Deepwater

Horizon Economic and Property Damages Settlement Agreement as Amended on May 2,

2012, and in his official capacity as Trustee of the Deepwater Horizon Economic and

Property Damages Settlement Trust—and against plaintiffs, BP Exploration & Production

Inc. and BP America Production Company, dismissing the plaintiffs' suit with prejudice, at

plaintiffs' cost.

New Orleans, Louisiana, this 8th  day of APRIL, 2013.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE